**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Rodrigo Fuentes,<br><br>                     Plaintiff,<br><br>        v.<br><br>Kevin Speed, et al.<br><br>                     Defendants. | Case No. 2:24-cv-00288-APG-DJA<br><br>**Order** |

On March 14, 2024, pro se Plaintiff Rodrigo Fuentes, an inmate in the custody of the Clark County Detention Center, submitted an application to proceed *in forma pauperis* ("IFP"). (ECF No. 4). But the IFP application is incomplete because Plaintiff failed to include an inmate trust fund account statement for the previous six-month period with it. Because Plaintiff's IFP is incomplete, the Court defers ruling on it and defers screening Plaintiff's complaint.

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. LSR 1-2. *In forma pauperis* status does not relieve an inmate of

his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

**IT IS THEREFORE ORDERED** that Plaintiff has **until May 13, 2024** to either pay the full $405 filing fee or file a copy of the inmate's trust fund account statement for the previous six-month period. Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

**IT IS FURTHER ORDERED** that the Clerk of the Court is kindly directed to send Plaintiff Rodrigo Fuentes the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same.

DATED: April 11, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE