UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RODRIGO FUENTES,<br><br>　　　　Plaintiff<br><br>v.<br><br>KEVIN SPEED, et al.,<br><br>　　　　Defendants | Case No.: 2:24-cv-00288-APG-DJA<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 7] |

On May 21, 2024, Magistrate Judge Albregts recommended that I dismiss this case because plaintiff Rodrigo Fuentes's claims are better brought through a habeas corpus petition and because Fuentes attempts to sue immune defendants. ECF No. 7.  Fuentes did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Albregts' report and recommendation (ECF No. 7) is accepted, and this case is dismissed without leave to amend, but without prejudice to plaintiff Rodrigo Fuentes filing a habeas corpus petition.  The clerk of court is instructed to close this case.

DATED this 11th day of June, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE